JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZI LI ZHOU,<br><br>                    Petitioner,<br><br>          v.<br><br>FERETI SEMAIA, *et al.*,<br><br>                    Respondents. | Case No. 2:26-cv-03019-FLA (DMK)<br><br>**JUDGMENT** |

Pursuant to the Order Granting Petitioner Zi Li Zhou's ("Petitioner," A# 070-072014) Unopposed Petition for Writ of *Habeas Corpus*, the court GRANTS the Petition for Writ of Habeas Corpus (Dkt. 1) and ENTERS Judgment in Petitioner's favor.

IT IS SO ORDERED.

Dated: June 22, 2026



FERNANDO L. AENLLE-ROCHA
United States District Judge

1